759 A.2d 347

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ANGEL MAISONET, DEFENDANT–PETITIONER.

April 6, 2000.

Petition for certification is granted, limited to the issue of the sheriff's failure to provide basic amenities to defendant during trial.

759 A.2d 347

STATE OF NEW JERSEY, PLAINTIFF, v. YUN
LIN, DEFENDANT–PETITIONER.

April 28, 2000.

Petition for certification is granted, limited solely to the issues arising out of the courtroom security measures used during defendant's trial.